**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**


COMMONWEALTH OF PENNSYLVANIA,     :    No. 289 MAL 2019

           Respondent              :

                                   :    Petition for Allowance of Appeal from

                                   :    the Order of the Superior Court

           v.                         :

                                   :

VINCENT KANE,                      :

                                   :

           Petitioner               :


## ORDER


**PER CURIAM**

    **AND NOW**, this 21st day of October, 2019, the Petition for Allowance of Appeal and "Motion for Leave to File a Short Reply and Exhibit to Answer" are **DENIED.**